**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 12-23131 |
| GEORGE WAYNE NAESE and | **)** | |
| DIANE M. NAESE, | **)** | Hon. Janet S. Baer |
| | **)** | |
| Debtors. | **)** | **Hearing Date: September 16, 2014** |
| | **)** | **Hearing Time: 10:00 a.m.** |

**CERTIFICATE OF SERVICE**

I, N. Neville Reid, certify that on **August 22, 2014**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 36]; **Trustee's Final Application for Compensation** [Dkt. 35]; and the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 34], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

# SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Steven J Malman on behalf of Trustee N. Neville Reid
cfidone@malmanlaw.com

Nisha B Parikh on behalf of Creditor U.S. Bank Trust National Association...
nparikh@fal-illinois.com, bankruptcy@fal-illinois.com

Jonathan D Parker on behalf of Debtor George Wayne Naese and Joint Debtor Diane M Naese
ndil@geracilaw.com

**Parties to receive notice via first-class U.S. mail postage prepaid:**

| | | |
|---|---|---|
| George Wayne Naese<br>5514 W Schubert<br>Chicago, IL 60639-1341 | Diane M Naese<br>5514 W Schubert<br>Chicago, IL 60639-1341 | US DEPT OF ED/Glelsi<br>Attn: Bankruptcy Dept.<br>2401 International Ln<br>Madison, WI 53704-3121 |
| US BANK<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Transunion<br>Attn: Bankruptcy Dept.<br>P.O. Box 1000<br>Chester, PA 19016-1000 | Seventh Avenue<br>Attn: Bankruptcy Dept.<br>1112 7th Ave. Box 2804<br>Monroe, WI 53566-1364 |
| Bottom Dollar<br>Attn: Bankruptcy Dept.<br>P.O. BOX 7826<br>Overland Park, KS 66207-0826 | AMERILOAN<br>DBA TFS CORP<br>P.O. Box 111<br>Miami, OK 74355-0111 | Bank of America<br>Bankruptcy Department<br>P.O. Box 15168<br>Wilmington, DE 19850-5168 |
| CAPITAL ONE<br>P.O. Box 30285<br>Salt Lake City, UT 84130 0285 | Patrick S Layng<br>Office of the U.S. Trustee,<br>Region 11<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604-2027 | LGP Liberty Group<br>Attn: Bankruptcy Dept.<br>3923 Girand Ave<br>Oakland, CA 94610 1005 |
| Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC  28272 1083 | Credit ONE BANK<br>Attn: Bankruptcy Dept.<br>P.O. Box 98875<br>Las Vegas, NV 89193 8875 | Merrick BANK<br>Attn: Bankruptcy Dept.<br>P.O. Box 9201<br>Old Bethpage, NY 11804 9001 |

Cash Jar
Bankruptcy Department
P.O. Box 025250
15050 Miami, FL 33102

Cutter Group LLC
Attn: Bankruptcy Dept.
621 Rte 52
Beacon, NY 12508 1235

Monroe & Main
Bankruptcy Department
1112 7th Ave.
Monroe, WI 53566 1364

CashNetUSA.com
Bankruptcy Department
200 W. Jackson Blvd., 4th fl.
Chicago, IL 60606 6949

Enhanced Recovery Corp.
Bankruptcy Department
8014 Bayberry Road
Jacksonville, FL 32256 7412

My Cash Now
Bankruptcy Dept
P.O. Box 229
Margaretville, NY 12455-0229

Clerk, Chancery
Doc#11-CH-40599
50 W. Washington St., Room 802
Chicago, IL 60602 1305

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374 0241

Sallie MAE
Attn: Bankruptcy Dept.
P.O. Box 9500
Wilkes Barre, PA 18773 9500

HSBC Mortgage Services
Bankruptcy Department
P.O. Box 17580
Baltimore, MD 21297 1580

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013 2002

Santander Consumer
USA  Attn: Bankruptcy Dept.
P.O. Box 961245
Ft Worth, TX 76161 0244

Freedman Anselmo Lindberg
&  Rappe LLC
P.O. Box 3216
Naperville, IL 60566 7216

Exxmblciti
Attn: Bankruptcy Dept.
P.O. Box 6497
Sioux Falls, SD 57117 6497

Greystone Alliance LLC
33 Dodge Rd Suite 106
Getzville, NY 14068 1540

HSBC BANK
Attn: Bankruptcy Dept.
P.O. Box 5253
Carol Stream, IL 60197 5253

Steven J. Malman
The Law Offices of Steven
J. Malman & Associates, P.C.
205 W. Randolph St., Suite 610
Chicago, Illinois 60606