UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                    §
                                          §
GEORGE WAYNE NAESE                        §    Case No. 12-23131
DIANE M NAESE                             §
                                          §
                                          §
          Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      219 S. Dearborn Street
                      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/16/2014 in Courtroom 615,
                United States Bankruptcy Court
                219 South Dearborn Street
                Chicago, IL  60604


If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2014                  By: /s/ N. Neville Reid
                                                                                        Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
     §
GEORGE WAYNE NAESE  §   Case No. 12-23131
DIANE M NAESE  §
     §
     Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 41,259.31 |
| and approved disbursements of | $ | 15,386.34 |
| leaving a balance on hand of[1] | $ | 25,872.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: N. NEVILLE REID | $ 4,875.93 | $ 0.00 | $ 4,875.93 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL, LLP | $ 8,129.50 | $ 0.00 | $ 8,129.50 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL, LLP | $ 73.57 | $ 0.00 | $ 73.57 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 11.61 | $ 11.61 | $ 0.00 |
| Other: LAW OFFICES OF STEVEN J. MALMAN | $ 14,666.66 | $ 14,666.66 | $ 0.00 |
| Other: LAW OFFICES OF STEVEN J. MALMAN | $ 407.76 | $ 407.76 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | Total to be paid for chapter 7 administrative expenses | $ | 13,079.00 |
|---|---|---|---|
| | Remaining Balance | $ | 12,793.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,101.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. CAPITAL ONE BANK (USA) | $ 968.37 | $ 0.00 | $ 945.67 |
| 2 | N. A. CAPITAL ONE BANK (USA) | $ 920.17 | $ 0.00 | $ 898.60 |
| 3 | US DEPT OF EDUCATION | $ 5,157.02 | $ 0.00 | $ 5,036.11 |
| 4 | MERRICK BANK | $ 696.86 | $ 0.00 | $ 680.52 |
| 5 | MERRICK BANK | $ 1,461.41 | $ 0.00 | $ 1,427.15 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,914.60 | $ 0.00 | $ 1,869.71 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 139.96 | $ 0.00 | $ 136.68 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 1,209.38 | $ 0.00 | $ 1,181.02 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 633.37 | $ 0.00 | $ 618.51 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 12,793.97 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ N. Neville Reid
Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-23131-JSB
George Wayne Naese                                                    Chapter 7
Diane M Naese
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1              Page 1 of 2                  Date Rcvd: Aug 25, 2014
                              Form ID: pdf006              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2014.
```
db/jdb         +George Wayne Naese,   Diane M Naese,   5514 W Schubert,   Chicago, IL 60639-1341
19007035      ++AMERILOAN DBA TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
               (address filed with court: Ameriloan,    Bankrptcy Dept,    2533 N. Carson Ste 4976,
                 Carson City, NV 89706)
21768017       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
19007033        Bank of America,   Bankruptcy Department,    PO Box 15168,    Wilmington, DE 19850
19007037       +Bottom Dollar,   Attn: Bankruptcy Dept.,    PO BOX 7826,    Overland Park, KS 66207-0826
19007014      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
21485344        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
19007039        Cash Jar,   Bankruptcy Department,    PO Box 025250-15050,    Miami, FL 33102
19007028       +Clerk, Chancery,   Doc#11CH40599,    50 W. Washington St., Room 802,    Chicago, IL 60602-1305
19007034       +Cutter Group LLC,   Attn: Bankruptcy Dept.,    621 Rte 52,    Beacon, NY 12508-1235
19007018       +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19007019       +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19007023       +Exxmblciti,   Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
19007029       +Freedman Anselmo Lindberg &,    Rappe LLC,   PO Box 3216,    Naperville, IL 60566-7216
19007015       +HSBC BANK,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
19007043       +HSBC Mortgage Services,    Bankruptcy Department,    PO Box 17580,    Baltimore, MD 21297-1580
19007040       +LGP Liberty Group,   Attn: Bankruptcy Dept.,    3923 Girand Ave,    Oakland, CA 94610-1005
19007042       +Monroe & Main,   Bankruptcy Department,    1112 7th Ave.,    Monroe, WI 53566-1364
19007038       +My Cash Now,   Bankruptcy Dept,    PO Box 229,   Margaretville, NY 12455-0229
21757603      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE, NATIONAL ASSOC,    PO Box 41067,    Norfolk, VA 23541)
19007012       +Santander Consumer USA,    Attn: Bankruptcy Dept.,    Po Box 961245,    Ft Worth, TX 76161-0244
19007041       +Seventh Avenue,   Attn: Bankruptcy Dept.,    1112 7th Ave. Box 2804,    Monroe, WI 53566-1364
19007020       +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
19007027      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    Attn: Bankruptcy Dept.,    950 17th St., Ste. 810,
                 Denver, CO 80202)
19007011       +US DEPT OF ED/Glelsi,   Attn: Bankruptcy Dept.,    2401 International Ln,    Madison, WI 53704-3121
21601996        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,    MADISON WI 53708-8973
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19007030       +E-mail/Text: opsqa_usbankrutcy@cashnetusa.com Aug 26 2014 01:01:16     CashNetUSA.com,
                 Bankruptcy Department,    200 W. Jackson Blvd., 4th fl.,    Chicago, IL 60606-6949
19007017       +E-mail/Text: creditonebknotifications@resurgent.com Aug 26 2014 01:01:25      Credit ONE BANK,
                 Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas, NV 89193-8875
19007032       +E-mail/Text: bknotice@erccollections.com Aug 26 2014 01:02:27     Enhanced Recovery Corp.,
                 Bankruptcy Department,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
19007031       +E-mail/Text: agency@greystonealliance.com Aug 26 2014 01:01:42     Greystone Alliance LLC,
                 33 Dodge Rd,   Suite 106,    Getzville, NY 14068-1540
21724025        E-mail/Text: bkr@cardworks.com Aug 26 2014 01:01:01     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
19007016       +E-mail/Text: bkr@cardworks.com Aug 26 2014 01:01:01     Merrick BANK,    Attn: Bankruptcy Dept.,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
21788849       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 26 2014 01:22:15
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
19007013       +E-mail/PDF: pa_dc_claims@navient.com Aug 26 2014 01:21:41     Sallie MAE,
                 Attn: Bankruptcy Dept.,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Fox Swibel Levin & Carroll LLP
aty             Steven J Malman & Associates PC
19007036*     ++AMERILOAN DBA TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
               (address filed with court: Ameriloan,    Bankrptcy Dept,    2533 N. Carson Ste 4976,
                 Carson City, NV 89706)
19007021*     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
19007022*     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
19007026*     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
19007025*      +HSBC BANK,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2                  Date Rcvd: Aug 25, 2014
                              Form ID: pdf006              Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
19007024*    +Merrick BANK,    Attn: Bankruptcy Dept.,    Po Box 9201,    Old Bethpage, NY 11804-9001
                                                                                    TOTALS: 2, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2014 at the address(es) listed below:
          Jonathan D Parker    on behalf of Joint Debtor Diane M Naese ndil@geracilaw.com
          Jonathan D Parker    on behalf of Debtor George Wayne Naese ndil@geracilaw.com
          N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
          N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com,   nreid@ecf.epiqsystems.com
          Nisha B Parikh    on behalf of Creditor    U.S. Bank Trust National Association...
           nparikh@fal-illinois.com, bankruptcy@fal-illinois.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven J Malman    on behalf of Trustee N. Neville Reid cfidone@malmanlaw.com
                                                                                           TOTAL: 7
```