UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| GEORGE WAYNE NAESE | § | Case No. 1:12-23131-JSB |
| DIANE M NAESE | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/N. Neville Reid, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HSBC Mortgage Services Bankruptcy Department PO Box 17580 Baltimore MD 21297 |  |  |  |  |  |
| 2 | Santander Consumer USA Attn: Bankruptcy Dept. Po Box 961245 Ft Worth TX 76161 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 US Bank Attn: Bankruptcy Dept. 950 17th St., Ste. 810 Denver CO 80202 | | | | | |
| | Clerk, Chancery Doc#11CH40599 50 W. Washington St., Room 802 Chicago IL 60602 | | | | | |
| | Freedman Anselmo Lindberg & Rappe LLC PO Box 3216 Naperville IL 60566 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| FOX SWIBEL LEVIN & CARROLL, LLP | | | | | |
| FOX SWIBEL LEVIN & CARROLL, LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAW OFFICES OF STEVEN J. MALMAN | | | | | |
| 0 | | | | | |
| LAW OFFICES OF STEVEN J. MALMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Ameriloan Bankrptcy Dept 2533 N. Carson Ste 4976 Carson City NV 89706 | | | | | |
| | 10 CashNetUSA.com Bankruptcy Department 200 W. Jackson Blvd., 4th fl. Chicago IL 60606 | | | | | |
| | 11 Credit ONE BANK Attn: Bankruptcy Dept. Po Box 98875 Las Vegas NV 89193 | | | | | |
| | 12 Cutter Group LLC Attn: Bankruptcy Dept. 621 Rte 52 Beacon NY 12508 | | | | | |
| | 13 Enhanced Recovery Corp. Bankruptcy Department 8014 Bayberry Road Jacksonville FL 32256 | | | | | |
| | 14 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 15 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Exxmblciti Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 17 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 18 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 19 LGP Liberty Group Attn: Bankruptcy Dept. 3923 Girand Ave Oakland CA 94610 | | | | | |
| | 2 Ameriloan Bankrptcy Dept 2533 N. Carson Ste 4976 Carson City NV 89706 | | | | | |
| | 20 Merrick BANK Attn: Bankruptcy Dept. Po Box 9201 Old Bethpage NY 11804 | | | | | |
| | 21 Merrick BANK Attn: Bankruptcy Dept. Po Box 9201 Old Bethpage NY 11804 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 Monroe & Main Bankruptcy Department 1112 7th Ave. Monroe WI 53566 | | | | | |
| | 23 My Cash Now Bankruptcy Dept PO Box 229 Margaretville NY 12455 | | | | | |
| | 24 Sallie MAE Attn: Bankruptcy Dept. Po Box 9500 Wilkes-Barre PA 18773 | | | | | |
| | 25 Seventh Avenue Attn: Bankruptcy Dept. 1112 7th Ave. Box 2804 Monroe WI 53566 | | | | | |
| | 26 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 27 US DEPT OF ED/Glelsi Attn: Bankruptcy Dept. 2401 International Ln Madison WI 53704 | | | | | |
| | 3 Bank of America Bankruptcy Department PO Box 15168 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 33 Dodge Rd Suite 106 Getzville NY 14068 | | | | | |
| 4 | Bottom Dollar Attn: Bankruptcy Dept. PO BOX 7826 Overland Park KS 66207 | | | | | |
| 5 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| 6 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| 7 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| 8 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| 9 | Cash Jar Bankruptcy Department PO Box 025250-15050 Miami FL 33102 | | | | | |
| | Greystone Alliance LLC | | | | | |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | MERRICK BANK | | | | | |
| 5 | MERRICK BANK | | | | | |
| 1 | N. A. CAPITAL ONE BANK (USA) | | | | | |
| 2 | N. A. CAPITAL ONE BANK (USA) | | | | | |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | | | | | |
| 3 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-23131 | JSB | Judge: | Janet S. Baer | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | GEORGE WAYNE NAESE | | | | Date Filed (f) or Converted (c): | 06/08/2012 (f) |
| | DIANE M NAESE | | | | 341(a) Meeting Date: | 08/09/2012 |
| For Period Ending: | 11/18/2014 | | | | Claims Bar Date: | 04/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE<br><br>5514 W Schubert Chicago IL 60639. | 119,000.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br><br>1) Chase Savings Account - $ 2<br>2) Chase Checking Account - $476<br>3) Bank of America Checking Account - $0 | 478.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS<br><br>Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES<br><br>Books, Compact Discs, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL<br><br>Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY<br><br>Earrings, watch, costume jewelry, and wedding rings. | 300.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE<br><br>Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 8. RETIREMENT PLANS<br><br>1) Pension w/ Employer/Former Employer - 100% Exempt.<br>2) Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 9. CONTINGENT CLAIMS<br><br>Wife's 1/5 interest in the wrongful death case of Estate of Nancy Sandberg v. Peterson Park Associates, et al. Case #11L-14006. Attorney for the plaintiffs is Kelly A. Sabo with Malman Law, (312) 629-1188. | Unknown | 41,259.31 | | 41,259.31 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-23131 | JSB | Judge: | Janet S. Baer | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | GEORGE WAYNE NAESE | | | | Date Filed (f) or Converted (c): | 06/08/2012 (f) |
| | DIANE M NAESE | | | | 341(a) Meeting Date: | 08/09/2012 |
| For Period Ending: | 11/18/2014 | | | | Claims Bar Date: | 04/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10.  VEHICLES | 15,500.00 | 0.00 | | 0.00 | FA |
| Santander Consumer USA - 2011 Nissan with 16,000 miles. | | | | | |
| 11.  ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| Family Pets: 3 cats, 1 dog. | | | | | |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $137,578.00          $41,259.31          $41,259.31          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 2014 Status:  Case settled. Net proceeds to the estate are $26,058.  Upon bar date passing April 17 2014, intend to file TFR shortly thereafter as case is otherwise fully administered.

Initial Projected Date of Final Report (TFR): 12/31/2012          Current Projected Date of Final Report (TFR): 12/31/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-23131  
Case Name: GEORGE WAYNE NAESE  
DIANE M NAESE  
Taxpayer ID No: XX-XXX4186  
For Period Ending: 11/18/2014  

Trustee Name: N. Neville Reid, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5211  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/26/13 | 9 | LAW OFFICES OF STEVEN J. Malman & Assoc. 205 W. Randolph Street, Suite 610 Chicago, IL 60606 | Settlement Funds | 1149-000 | $41,259.31 | | $41,259.31 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $41,249.31 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $61.31 | $41,188.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $55.31 | $41,132.69 |
| 03/27/14 | 300001 | LAW OFFICES OF STEVEN J. MALMAN 205 W. Randolph St., Suite 610 Chicago, IL 60606 | Fees re: Estate of Nancy Sandberg v. Peterson Park HCC. Professional Fees & Expenses DKT 31 (Attorney Fees $14,666.66 and Expenses $407.76) | | | $15,074.42 | $26,058.27 |
| | | LAW OFFICES OF STEVEN J. MALMAN | | ($14,666.66) | 3210-000 | | |
| | | 0 | | $0.00 | 3220-000 | | |
| | | LAW OFFICES OF STEVEN J. MALMAN | | ($407.76) | 3220-000 | | |
| 04/07/14 | 300002 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $11.61 | $26,046.66 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $60.43 | $25,986.23 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.40 | $25,948.83 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.58 | $25,910.25 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.28 | $25,872.97 |

Page Subtotals: $41,259.31   $15,386.34

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-23131  
Case Name: GEORGE WAYNE NAESE  
DIANE M NAESE  
Taxpayer ID No: XX-XXX4186  
For Period Ending: 11/18/2014  

Trustee Name: N. Neville Reid, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5211  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/14 | 300003 | N. NEVILLE REID AS CHAPTER 7 TRUSTEE<br>for the Estate of George Wayne Naese and Diane M. Naese<br>200 W. Madison Street, Suite 3000<br>Chicago, IL  60606 | Fee Application Compensation per Dkt. 40 Order dated September 16, 2014 | 2100-000 | | $4,875.93 | $20,997.04 |
| 09/17/14 | 300004 | FOX SWIBEL LEVIN & CARROLL, LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, IL  60606 | First and Final Fee Application Compensation per Dkt. 39 Order dated September 16, 2014<br>Fees:        $8,129.50<br>Expenses:   $   73.57 | | | $8,203.07 | $12,793.97 |
| | | FOX SWIBEL LEVIN & CARROLL, LLP | ($8,129.50) | 3110-000 | | | |
| | | FOX SWIBEL LEVIN & CARROLL, LLP | ($73.57) | 3120-000 | | | |
| 09/26/14 | 300005 | N. A. CAPITAL ONE BANK (USA)<br>CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 1 representing a payment of 97.66 % per court order. | 7100-000 | | $945.67 | $11,848.30 |
| 09/26/14 | 300006 | N. A. CAPITAL ONE BANK (USA)<br>CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 97.66 % per court order. | 7100-000 | | $898.60 | $10,949.70 |
| 09/26/14 | 300007 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI  53708-8973 | Final distribution to claim 3 representing a payment of 97.66 % per court order. | 7100-000 | | $5,036.11 | $5,913.59 |
| 09/26/14 | 300008 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC  29603-0368 | Final distribution to claim 4 representing a payment of 97.66 % per court order. | 7100-000 | | $680.52 | $5,233.07 |
| 09/26/14 | 300009 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC  29603-0368 | Final distribution to claim 5 representing a payment of 97.66 % per court order. | 7100-000 | | $1,427.15 | $3,805.92 |

Page Subtotals:                                                                                              $0.00            $22,067.05

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-23131
Case Name: GEORGE WAYNE NAESE
DIANE M NAESE
Taxpayer ID No: XX-XXX4186
For Period Ending: 11/18/2014

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5211
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/26/14 | 300010 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>successor to CAPITAL ONE, NATIONAL ASSOC<br>PO Box 41067<br>Norfolk, VA 23541 | Final distribution to claim 6 representing a payment of 97.66 % per court order. | 7100-000 | | $1,869.71 | $1,936.21 |
| 09/26/14 | 300011 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | Final distribution to claim 7 representing a payment of 97.66 % per court order. | 7100-000 | | $136.68 | $1,799.53 |
| 09/26/14 | 300012 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 8 representing a payment of 97.66 % per court order. | 7100-000 | | $1,181.02 | $618.51 |
| 09/26/14 | 300013 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>successor to CAPITAL ONE, NATIONAL ASSOC<br>PO Box 41067<br>Norfolk, VA 23541 | Final distribution to claim 9 representing a payment of 97.66 % per court order. | 7100-000 | | $618.51 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $41,259.31 | $41,259.31 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $41,259.31 | $41,259.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $41,259.31 | $41,259.31 |

Page Subtotals: $0.00  $3,805.92

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5211 - Checking Account (Non-Interest Earn | $41,259.31 | $41,259.31 | $0.00 |
|  | $41,259.31 | $41,259.31 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $41,259.31 |
| Total Gross Receipts: | $41,259.31 |